# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SUSAN DRINSINGER,**

        Plaintiff,

        V.        CASE NUMBER: **07-C-872**

**J. C. PENNY COMPANY,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that this action is dismissed for failure to prosecute pursuant to Civil Local Rule 41.3 (E.D. Wis.).**

**This action is hereby DISMISSED WITH PREJUDICE.**

| | |
|---|---|
|    **December 21, 2007** |  **JON W. SANFILIPPO** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |